**LOYR, APC**
YOUNG W. RYU (SBN 266372)
young.ryu@loywr.com
ALEXANDER D. WALLIN (SBN 320420)
alexander.wallin@loywr.com
SARAH H. COHEN (SBN 330700)
sarah.cohen@loywr.com
3130 Wilshire Blvd., Suite 209
Los Angeles, CA 90010
Telephone: +1 888 365 8686
Facsimile: +1 888 576 1170

Attorneys for Plaintiff
FELIPE OSORIO

JS-6

*[COUNSEL FOR DEFENDANT ON NEXT PAGE]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPE OSORIO, individually and on behalf of all individuals similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>US FOODS, INC., WHICH WILL DO BUSINESS IN CALIFORNIA AS U.S. FOODSERVICE, INC., a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-000179 VAP (ASx)<br><br>**ORDER GRANTING STIPULATION AND REQUEST TO REMAND ACTION TO STATE COURT**<br><br>Judge: Honorable Virginia A. Phillips<br><br>Complaint Filed: December 8, 2020 |

1  JOSEPH C. LIBURT (STATE BAR NO. 155507)
   jliburt@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, California 94025
   Telephone:   (650) 614-7400
4  Facsimile:   (650) 614-7401

5  KATIE E. BRISCOE (STATE BAR NO. 287629)
   kbriscoe@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall, Suite 3000
7  Sacramento, CA 95814-4497
   Telephone:   +1 916 447 9200
8  Facsimile:   +1 916 329 4900

9  ANNIE H. CHEN (STATE BAR NO. 292032)
   annie.chen@orrick.com
10 ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
11 Los Angeles, CA 90017
   Telephone:   (213) 612-2438
12 Facsimile:   (213) 612-2499

13 Attorneys for Defendant
   US FOODS, INC.

# ORDER

The Court has considered the Stipulation and Request to Remand Action to Los Angeles County Superior Court filed by Plaintiff Felipe Osorio ("Plaintiff"), on behalf of himself and all other similarly situated employees of Defendant US Foods, Inc. ("Defendant") (collectively, "the Parties") and Defendant.  Having reviewed the aforementioned stipulation, and with good cause appearing, it is hereby ORDERED that:

1.	The Parties' Stipulation is GRANTED and the Court hereby remands this Action (C.D. Cal. Case No. 2:21-cv-000179 VAP (ASx)) in its entirety to Los Angeles County Superior Court for all further proceedings;

2.	Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action.

**IT IS SO ORDERED.**

Dated:  September 2, 2021

Hon. Virginia A. Phillips
United States District Judge